IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVEN O. BOWDEN,

    Petitioner,

v.                                         CASE NO. 5:08-cv-47-RH-AK

WALTER MCNEIL,

    Respondent.
_____/

**O R D E R**

This cause is before the Court on Petitioner's motion to rule. Doc. 40. The motion is not well taken, and it is **DENIED**. Petitioner's case will be decided in order of filing unless there is a pressing release date. Here, Petitioner is not schedule for release until 2010.

In reviewing the docket in this case, however, the Court discovered that at some point, Petitioner's address was inadvertently deleted, with Respondent's address replacing it. Therefore, the Court's last order, Doc. 39, was not mailed to Petitioner. This has been brought to the Clerk's attention, and the address is being corrected, and the Clerk is now directed to **MAIL** Petitioner a copy of Document 39 at the time the instant order is forwarded to him.

**DONE AND ORDERED** this  **24**$^{th}$  day of April, 2009.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**