THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVEN BOWDEN,

    Petitioner,

v.                                    CASE NO. 5:08-cv-47-RH-AK

WALTER MCNEIL,

    Respondent.
_____/

## ORDER

This cause is before the Court on Petitioner's motion to rule. Doc. 44. By Report and Recommendation issued this date, the Court has recommended that habeas relief be denied. The instant motion is therefore **MOOT**.

        **DONE AND ORDERED** this 20th day of August, 2009.

                              s/A. Kornblum
                              **ALLEN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**