THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVEN BOWDEN,

    Petitioner,

v.                                              CASE NO. 5:08-cv-47-RH-AK

WALTER MCNEIL,

    Respondent.
_____/

## ORDER

This cause is before the Court on Petitioner's amended motion to rule. Doc. 48. By Report and Recommendation issued August 20, 2008, the Court has recommended that habeas relief be denied. The instant motion is therefore **MOOT**.

**DONE AND ORDERED** this 31st day of August, 2009.

                                            s/A. Kornblum
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**